George W. Deen and John M. Bell, Appellants, v. Wethered B. Thomas, Appellee.

(Supreme Court of Florida, Division B, March 20, 1906.)

Appeal from Circuit Court, Marion County; William S. Bullock, Judge.

*W. K. Zewadski,* for Appellants.

*Wethered B. Thomas* in pro. per.

The bill in this cause was filed by the appellee against the appellants. There was a decree dismissing the bill without prejudice and the defendants appealed. Decree affirmed on the authority of James M. Meffert v. Wethered B. Thomas, decided at the present term.

Per Curiam.